The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHIRLEY SERVEN, a citizen of the State of Washington,<br><br>     Plaintiff,<br> v.<br><br>LG ELECTRONICS USA, INC., a Delaware Corporation, with its principal place of Business in New Jersey,<br><br>     Defendant. | No. 3:19-cv-05224 BHS<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

## I. ORDER

Based upon the Stipulation of the parties, it is ORDERED:

This action is dismissed with prejudice and without an award of costs or attorney's fees to either party.

Dated this 9th day of March, 2020.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE – 1
http://sharepoint.waw.circ9.dcn/chambers/settle/CaseLibrary/19-5224 Serven v LG Order of Dismissal.doc

COLE | WATHEN | LEID | HALL, P.C.
1505 WESTLAKE AVENUE N, STE 700
SEATTLE, WASHINGTON 98109
(206) 622-0494/FAX (206) 587-2476

| | |
|---|---|
| 1 | |
| 2 | Presented by: |
| 3 | **COLE | WATHEN | LEID | HALL P.C.** |
| 4 | *s/Rick J Wathen*<br>Rick J Wathen, WSBA #25539<br>*Attorney for Plaintiff* |
| 5 | 1505 Westlake Avenue N, Ste 700<br>Seattle, WA 98109 |
| 6 | (206) 622-0494<br>rwathen@cwlhlaw.com |
| 7 | |
| 8 | |
| 9 | Approved by:<br>**LEWIS BRISBOIS BISGAARD & SMITH** |
| 10 | |
| 11 | *s/ Ethan Smith ( per email authorization)*<br>Michael Jaeger, WSBA #23166<br>Ethan Smith, WSBA #50706 |
| 12 | *Attorneys for Defendant*<br>1111 Third Avenue, Ste 2700 |
| 13 | Seattle, WA 98101<br>Michael.jaeger@lewisbrisbois.com |
| 14 | Ethan.smith@lewisbrisbois.com |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |

ORDER OF DISMISSAL WITH PREJUDICE – 2
http://sharepoint.waw.circ9.dcn/chambers/settle/CaseLibrary/19-5224 Serven v LG Order of Dismissal.doc

COLE | WATHEN | LEID | HALL, P.C.
1505 WESTLAKE AVENUE N, STE 700
SEATTLE, WASHINGTON 98109
(206) 622-0494/FAX (206) 587-2476